UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                :
UNITED STATES OF AMERICA et al. ex rel. :     21cv3408 (DLC)
John Doe                           :
                                :     UNSEALING ORDER
              Plaintiffs-Relator,   :
                                :
       -v-                       :
                                :
COMMUNITY SURGICAL SUPPLY, INC. et al. :
                                :
             Defendants.          :
                                :
----------------------------------------X

DENISE COTE, District Judge:

     It is hereby ORDERED that the Clerk of Court is directed to

unseal this case.  All previously submitted documents shall

remain under seal pending further order of this Court.  Once the

case is unsealed, the relator shall publicly file the redacted

complaint.

Dated:    New York, New York
          September 11, 2025

                            _____
                                  DENISE COTE
                United States District Judge