```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA et al. ex rel.  :    21cv3408 (DLC)
John Doe                                 :
                                         :         ORDER
                Plaintiffs-Relator,      :
                                         :
        -v-                              :
                                         :
COMMUNITY SURGICAL SUPPLY, INC. et al.   :
                                         :
                Defendants.              :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The relator submitted a notice of voluntary dismissal without prejudice on August 20, 2025. On the same day, the Government advised the Court that it consents to the relator's voluntary dismissal pursuant to 31 U.S.C. § 3730(b)(1). The relator publicly filed the redacted complaint on September 12. Accordingly, it is hereby

ORDERED that the Clerk of Court shall close this case.

Dated:   New York, New York
         September 18, 2025

                              _____
                                     DENISE COTE
                              United States District Judge